UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: )
) No. 17-36133
LASZLO FODOR, ) Judge Baer
)
Debtor )

### ORDER

THIS MATTER before the Court on Motion of MARGARET STANIEK f/k/a Margaret Fodor for relief from the automatic stay, due notice given and the Court fully advised,

IT IS HEREBY ORDERED:

1. That the automatic stay is lifted as to proceedings in the Circuit Court of Cook County regarding the dissolution of marriage proceeding of LASZLO FODOR and MARGARET FODOR, Case No. 00 D3 30674.

ENTERED:

/s/ Janet S. Baer  PSML
JUDGE

0 1 JUN 2018

James Daubach
ARDC# 6185310
6020 W. Higgins, Suite B
Chicago, IL 60630
(773) 687-9275