UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-36133 |
| Laszlo Fodor | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## AMENDED ORDER GRANTING MOTION TO USE SELL PROPERTY PURSUANT TO SECTION 363(b)

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor to SELL PROPERTY PURSUANT TO SECTION 363(b), the Court being advised in the premises, and due notice having been given;

IT IS HEREBY ORDERED THAT:

1.  The Debtor's Motion to sell the property located at 1035 W Park Place Dr., Bartlett, IL 60103 is granted as set forth herein.

2. The mortgage lien held by JPMorgan Chase Bank, National Association shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to the short-sale approval of JPMorgan Chase Bank, National Association.

3. The Debtor will provide the Trustee with a complete copy of the closing statement within ten days of closing.

3. The Debtor shall be paid the first $15,000 as his homestead exemption.

4. Any proceeds in excess of the Debtor's homestead exemption shall be paid to the chapter 13 trustee to be applied to the Debtor's plan base.

5. In the event that proceeds exceed the Debtor's plan base, the Debtor may pay off his plan base and retain all remaining proceeds.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  August 23, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600